### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAWN REPPOND,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:22-cv-02004-JWB-TJJ |
| | ) |
| **CITY OF OLATHE, KANSAS** | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF VIDEOTAPED DEPOSITIONS

**TO:** Tara S. Eberline
Sarah C. Otto
Foulston Siefkin LLP
7500 College Blvd., Suite 1400
Overland Park, KS 66210

Please take notice that counsel for Plaintiff will take the depositions of the following individuals whom Defendant has agreed to produce:

**August 31, 2022**

9:00 a.m. – Mario Thomas

**September 8, 2022**

9:00 a.m. – Kaneisha Giles

**September 9, 2022**

9:00 a.m. – Danielle Nunnally

The above-referenced depositions will take place at the offices of Foulston Siefkin LLP, 7500 College Blvd., Suite 1400, Overland Park, KS 66210, and will be stenographically and videographically recorded and commence at the above-designated time, date and place and continue from day-to-day until their completion. The undersigned counsel will also serve as the video recording technician. Please judge yourselves accordingly.

1

Respectfully submitted,

**EMPLOYEE & LABOR LAW GROUP OF KANSAS CITY, LLC**

By:   /s/Kristi L. Kingston
      Kristi L. Kingston, KS Bar No. 19126
      12920 Metcalf Avenue, Suite 180
      P.O. Box 25843
      Overland Park, KS 66225
      Ph:   (913) 286-5200
      Fax:  (913) 286-5201
      Email: kristi@elgkc.com

**ATTORNEY FOR PLAINTIFF**

I hereby certify that a copy of the foregoing was electronically filed on this 8th day of August 2022, with the Clerk of the Court via the CM/ECF system which automatically transmits a Notice of Electronic Filing to the following counsel:

Tara S. Eberline
Sarah C. Otto
Foulston Siefkin LLP
7500 College Blvd., Suite 1400
Overland Park, KS 66210
teberline@foulston.com
sotto@foulston.com

**ATTORNEYS FOR DEFENDANT**

and a copy emailed to:

AAA Court Reporting Company
Attn: Jane Neal
8001 Conser, Suite 200
Overland Park, KS 66204
Ph: (913) 385-2699
Fax: (913) 385-2693
Email: mail@aaacourtreporters.com

**COURT REPORTER**

/s/Kristi L. Kingston
Attorney for Plaintiff